IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD D. McCANE,
    Petitioner,

v.

RICHARD KEARNEY
Warden, and M. JANE
BRADY, Attorney General
of the State of
Delaware,

    Respondents.

Civil Action No. 04-363-KAJ

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTICE of MOTION

    Comes now the Petitioner, RICHARD D. McCANE, in request of an Extention of Time to file Request for Certificate of Appealability according to the standards set forth in 28 U.S.C § 2253 (c)(2).
    Petitioner has reason(s) for request of Extention of Time, (a), Petitioner has had recent surgery, and (b), due to the seasonal time of year (Christmas), Petitioner has limited access to materials/time in the Law Library here at S.C.I.
    This Request comes because Petitioner/"Applicant" can make "a substantial showing of denial of constitutional right(s)."
    This is in accordance with with the ruling set forth in 28 U.S.C § 2253 (c)(2). At trial, the Petitioner's Fifth and Fourteenth Constitutional rights were violated, and the Federal Constitution is the "Guardian of those Rights."
    Petitioner can show cause where said rights were violated at trial (through transcripts), which overcome State Procedural Bars.

Thank you for your time and attention
in this matter.

cc:file

I/M: Richard D. McCabe BLDG: Med-A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S. X-RAY



US Dist. Court Clerk
Lockbox 18 Federal bldg.
844 N. King ST.
Wilmington, DE
19801