OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 20, 2005

TO: Richard D. McCane
SBI# 228278
SCI
P.O. Box 500
Georgetown, DE 19947

**RE:** Service Letter; 04-363(KAJ)

Dear Mr. McCane:

Papers have been received by this office for filing in the above matter which do not conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
MLG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD D. McCANE,<br>    Petitioner,<br><br>v.<br><br>RICHARD KEARNEY<br>Warden, and M. JANE<br>BRADY, Attorney General<br>of the State of<br>Delaware,<br><br>    Respondents. | Civil Action No. 04-363-KAJ |



NOTICE of MOTION

    Comes now the Petitioner, RICHARD D. McCANE, in request of an Extention of Time to file Request for Certificate of Appealability according to the standards set forth in 28 U.S.C § 2253 (c)(2).

    Petitioner has reason(s) for request of Extention of Time, (a), Petitioner has had recent surgery, and (b), due to the seasonal time of year (Christmas), Petitioner has limited access to materials/time in the Law Library here at S.C.I.

    This Request comes because Petitioner/"Applicant" can make "a substantial showing of denial of constitutional right(s)."

    This is in accordance with with the ruling set forth in 28 U.S.C § 2253 (c)(2). At trial, the Petitioner's Fifth and Fourteenth Constitutional rights were violated, and the Federal Constitution is the "Guardian of those Rights."

    Petitioner can show cause where said rights were violated at trial (through transcripts), which overcome State Procedural Bars.

                                        Thank you for your time and attention
                                                   in this matter.