IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD D. McCANE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-363-KAJ |
| | ) | |
| RICHARD KEARNEY, Warden, and M. JANE BRADY, Attorney General of the State of Delaware, | ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

At Wilmington this 27th day of December, 2005;

IT IS ORDERED that:

Petitioner Richard D. McCane's Motion for Extension of Time to File a Certificate of Appealability, which I construe to be a Motion for Extension of Time to File a Notice of Appeal, is DENIED. See Fed. R. App. P. 4(a)(5)(A). McCane filed his Motion within the time permitted by Fed. R. App. P. 4(a)(5)(A),[1] but he has failed to demonstrate "excusable neglect or good cause" justifying the granting of such an extension.[2]

---

[1] I denied McCane's § 2254 petition on November 30, 2005. (D.I. 20; D.I. 21.) McCane filed his Motion for an Extension of Time on December 15, 2005. (D.I. 22.) Consequently, I can properly consider his Motion *ex parte*. See Fed. R. App. P. 4(a)(5)(B).

[2] Pursuant to the Advisory Committee Notes to the 2002 Amendments to Fed. R. App. P. 4, "the good cause standard applies in situations in which there is no fault . . .

Although he asserts recent surgery as one reason for his inability to timely file a notice of appeal, McCane has failed to demonstrate that the surgery occurred during the thirty (30) day appeal period or how it has affected his ability to file a notice of appeal.  *See, e.g., Gibbons v. U.S.*, 317 F.3d 852, 854 (8th Cir. 2003).  Additionally, McCane's assertion that he has limited access to the law library "due to the seasonal time of year (Christmas)" fails to warrant an extension of time to file a notice of appeal.

*[signature]*
UNITED STATES DISTRICT JUDGE

---

the need for an extension is usually occasioned by something that is not within the control of the movant." In contrast, "the excusable neglect standard applies in situations in which there is fault." *Id.*

2