REQUEST FOR CONSIDERATION OF MOTION
UNITED STATES DISTRICT COURT OF DELAWARE

RICHARD D. MCCANE,                )
     Petitioner                )
                    )    Civil Action No. 04-363-KAJ
    v.                        )
                    )
RICHARD KEARNEY and               )
M. JANE BRADY                     )
     Respondents.              )
                    )



REQUEST FOR MOTION



    This is petitioner's request for an Extension of Time/ Request for Certificate of Appealability. I, Richard D. McCane filed a motion on Dec. 15, 2005, which was Denied, this is petitioner's second request for the following reasons:

Petitioner now files his second request within the time permitted, to show cause why this honorable court should consider the justifying of this request for an Extension. If such request is not considered, the Petitioner request consideration for Certificate of Appealability. I am asking for the extension of time in order to obtain documents to show why an Appeal should be granted, if not, Petitioner wants to meet the deadline for filing the proper paperwork needed for an Appeal.

Petitioner makes request "because of excusable neglect/good cause," whereas the following circumstances were "not within the control of the movant."

(1) — As previously stated, petitioner has had recent surgery, and was heavily sedated, not knowing the day or time for the first week of December.

(2) — Petitioner did not have access to his legal work (transcripts), which was being held in storage until petitioner was placed in housing from the medical department. Petitioner did not have paper, pen, or law library facilities; petitioner was too sedated to stay awake.

(3) — Petitioner was moved to the Medium building here at S.C.I. on December 6, 2005. Petitioner did not get his personal effects (legal paperwork/legal materials), until December 9, 2005.

(4) Petitioner's schedule for law library (Med. building), is Tuesdays and Thursdays. This allowed petitioner only (2) two visits to the law library before filing the (1st) motion for Extension of time. The Courts have sent the petitioner several Rulings, Procedures, and case laws where the law library access is an essential element in being able to read and apply said Rulings to the petitioner's motions.

(5) — Finally, because of petitioner's movement on the compound, from "Merit", to "Medical", to "Medium", (which is "not within the control of the movant), the staff here at S.C.I. has "mishandled/misplaced"/lost the petitioner's file copy of his habeas corpus, which caused petitioner to file an institutional grievance (for the record), where it was determined an "unfortunate accidental incident" that cannot be undone.

The Petitioner has several Constitutional violations which he can prove through transcripts at trial (which petitioner now has), however; petitioner request time to make photocopies of said transcripts, and petitioner has written the State Superior Court in request of a docket sheet that shows that court contributed to petitioner's delay in filing; i.e. State made ruling on post-conviction, made mistake, withdrew and reinstated which caused delay in appeal process. I am now awaiting copy of docket sheet.

Petitioner now prays that this Honorable Court will grant requested Extension/Certificate Appealability since the above information shows

"Excusable neglect or good cause", which has not been "within the control of the movant." Petitioner was not in control of the aforementioned circumstances, and has shown "good cause" for granted an Extension or time, or consideration for Certificate of Appealability.

I thank you for your time and considerations in this matter.


cc:file
 cc: Gregory E. Smith

Respectfully yours,

*Richard D. McCane*

Richard D. McCane

## CERTIFICATE OF SERVICE

I,  Richard D. McCane , hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the  10th  day of ___ Jan ___, 2006.

Mr. Gergory E. Smith
Dept. of Justice
820 N. French St., 6th Floor
Wilmington, DE. 19801

Jan. 10th, 2006
Date signed

*Signature of Movant*
(Notarization not required)

Richard D. McCane

* Request for Motion

CERTIFICATE  OF  SERVICE

I, Richard D. McCane , hereby certify that I have served a true and correct copy of the attached motion upon the following party,

United States District Court

844 King Street - Lockbox 18

Wilmington DE. 19801

Jan. 10th, 2006

Date signed

Richard D. McCane

Signature of Movant
(Notarization not required)

* Request For Motion

I/M: Roland McClure    BLDG: Medul-A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500 # 00 228278
GEORGETOWN, DELAWARE 19947

United States
District Court
844 N. King Street Lockbox 18
Wilmington DE.
19801-3570

1956 U.S. POSTAGE    PB2230370
7980 $00.600    JAN 13 06
1030    FROM ZIP CODE    19947

1066 U.S. POSTAGE    PB2230370
7960 $00.030    JAN 13 06
1044    FROM ZIP CODE    19947