

Mr. Peter T. Dalleo
Clerk of the Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

Richard D. McCane
# 228278 - Med. A
S.C.I., P.O. Box 500
Georgetown, DE 19947

Dec. 29th, 2005

F I L E D

JAN 18 2006

U.S. DISTRICT COURT

Dear Mr. Dalleo:

First of all, I want to thank you for your quick response to my request. I received your letter just before Christmas, however; our Law Library access is limited due to the Holidays.

I will adjust my request to conform to the Federal and Delaware Rules of Civil Procedures as you've explained, as soon as I can get all of my paperwork back together, and I can get back to the law library after the Holidays.

I do understand that a copy must go to Mr. Smith, the Attorney for both parties named in my petition. I have never been involved with any appeal process in any state at any time, therefore; I do appreciate your guidance, and would appreciate any other guidance that you can offer.

I do have a request. As I've stated in my request for an extention of time, I've had recent surgery and have been moved around the compound here at S.C.I. quite a bit. As a result, some of my legal paperwork has been lost in movement when guards have gone through and packed up my belongings (including legal paperwork in your court).

I have most importantly lost my file copy of my petition for Writ of Habeas Corpus (received by your court around 6/7/2005). I am requesting that you send me a copy of my writ of habeas petition, which you have on file in your court.

This would help me tremendously in my endeavor to correctly file in your your court. I did file an institutional grievance concerning the lost of some of my legal work, but it was determined an "unfortunate accidental incident" which cannot be undone.

I am trying to show your court the several constitutional violations which occurred during my trial, and as I've stated, I would appreciate any help you can provide, including a copy of my habeas petition.

I thank you for your time, considerations, and efforts in my behalf. Thank you!

Sincerely yours,

Richard D. McCane

cc: Gregory E. Smith
cc: file

CERTIFICATE OF SERVICE


I, Richard D. McCane , hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the 10th day of    Jan. , 2006.


Mr. Gregory E. Smith

Department of Justice

820 N. French Street, 6th Floor

Wilmington, DE 19801


Jan. 10th, 2006
Date signed

Signature of Movant
(Notarization not required)

Richard D. McCane


*Letter to clerk of Court

## CERTIFICATE OF SERVICE

I, Richard D. McCane, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the 10th day of Jan. , 2006.

Mr. Peter T. Dalleo; Clerk of the Court

United States District Court

844 N. King Street, Lockbox 18

Wilmington, DE. 19801-3570


Jan. 10th, 2006

Date signed

Richard D. McCane

Signature of Movant

(Notarization not required


* Letter To Clerk of Court

I/M: _Richard Phifer_ BLDG: _Med-A_
_#00228278_
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

U.S. POSTAGE
$00.390
PB 2230370
JAN 13 06
19947
FROM ZIP CODE
1386
7970
1145

Mr. Peter T. Dalleo
Clerk of Court US District Court
844 N. King Street Lockbox 18
Wilmington DE.
                    19801-3570