OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 19, 2006

TO:  Richard D. McCane
     SBI# 228278
     SCI
     P.O. Box 500
     Georgetown, DE 19947

   RE: *Request for Copywork;04-363(KAJ)*

Dear Mr. McCane:

   A letter has been received by the Clerk's office from you requesting a copy your petition.

   Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. *Should you require copywork in the future*, please be aware of this fee requirement. Prepayment in the amount of $3.00 should be sent with your request, check or money order payable to Clerk, U.S. District Court.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/bad                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Kent A. Jordan

Mr. Peter T. Dalleo  
Clerk of the Court  
United States District Court  
844 N. King Street, Lockbox 18  
Wilmington, DE 19801-3570

CA 04-363

Richard D. McCane  
# 228278 - Med. A  
S.C.I., P.O. Box 500  
Georgetown, DE 19947

Dec. 29th, 2005

FILED  
JAN 18 2006  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

Dear Mr. Dalleo:

First of all, I want to thank you for your quick response to my request. I received your letter just before Christmas, however; our Law Library access is limited due to the Holidays.

I will adjust my request to conform to the Federal and Delaware Rules of Civil Procedures as you've explained, as soon as I can get all of my paperwork back together, and I can get back to the law library after the Holidays.

I do understand that a copy must go to Mr. Smith, the Attorney for both parties named in my petition. I have never been involved with any appeal process in any state at any time, therefore; I do appreciate your guidance, and would appreciate any other guidance that you can offer.

I do have a request. As I've stated in my request for an extention of time, I've had recent surgery and have been moved around the compound here at S.C.I. quite a bit. As a result, some of my legal paperwork has been lost in movement when guards have gone through and packed up my belongings (including legal paperwork in your court).

I have most importantly lost my file copy of my petition for Writ of Habeas Corpus (received by your court around 6/7/2005). I am requesting that you send me a copy of my writ of habeas petition, which you have on file in your court.

This would help me tremendously in my endeavor to correctly file in your court. I did file an institutional grievance concerning the lost of some of my legal work, but it was determined an "unfortunate accidental incident" which cannot be undone.

I am trying to show your court the several constitutional violations which occurred during my trial, and as I've stated, I would appreciate any help you can provide, including a copy of my habeas petition.

I thank you for your time, considerations, and efforts in my behalf. Thank you!

Sincerely yours,  
Richard D. McCane  
Richard D. McCane

cc: Gregory E. Smith  
cc: file