IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELEWARE

Richard D. McCane,  \*
    Petitioner  \*
                                                  \*

v.                                        \* Civil Action Number 04-363-KAJ
                                                \*

Richard Kerney  \*
Warden, and Attorney  \*
General of the state  \*
of Deleware.  \*

FILED
FEB 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTICE OF REQUEST FOR CERTIFICATE
OF APPEALABILITY

    I, Richard McCane, have received the courts order GRANTING Petitioners Motion for Extension of Time. Said order was received February 2nd, 2006. This is petitioners NOTICE OF APPEAL, asking that certificate of Appealability be accepted in the interest of justice.
    Petitioner has prepared NOTICE OF APPEAL, however, due to circumstances beyond petitioners control, Copies for Gregory E. Smith, Attorney for respondants, cannot be made until Monday February 13th, 2006. Petitioner is an indigent of the state with limited access to the institution's legal law library and it's copying services. I respectfully request that this NOTICE be granted, as petitioners NOTICE OF APPEAL will be copied and sent to parties concerned on the above mentioned date: February 13th, 2006, when copies are made available. I thank you for your time and consideration of this Notice.

                                                    Respectfully Yours,
                                                      *Richard D. McCane*
                                                      Richard D. McCane
                                                      #00228278

cc: Gregory E. Smith
    File

                            Dated: February 7th, 2006.

# CERTIFICATE OF SERVICE

I, <u>Richard D. McCane</u>, hereby certify that I have served a true and correct copy of the attached Motion upon the following Party:

<u>Office of the Clerk</u>
<u>United States District Court</u>
<u>844 N. King St. Lockbox 18</u>
<u>Wilmington, DE. 19801-3570</u>

<u>Feb. 7th, 2006</u>
Date Signed

<u>Richard D. McCane</u>

<u>Richard D. McCane</u>
Signature of Movant
(Notarization not required)

I/M: Richard D. McCane BLDG: Med. A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500 #00228278
GEORGETOWN, DELAWARE 19947

```
1476  U.S. POSTAGE  PB2230370
7950  $00.390  FEB 10 06
8573  FROM ZIP CODE  19947
```

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
　　　　　19801-3570

LEGAL MAIL