OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | Telephone<br>267-299-4928 |

www.ca3.uscourts.gov

February 21, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801


**RE: Docket No. 06-1578**
    **McCane vs. Kearney**
    **D. C. No. 04-cv-00363**


Dear Mr. Dalleo:

   Receipt is acknowledged on February 17, 2006, of notice of appeal filed with the district court on February 16, 2006, in the above-captioned case.


   Since the notice of appeal filed on February 16, 2006 is duplicative of the appeal already docketed at No. 06-1578, this notice will not be given a new number but will be placed in the file.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                         By:  Carmella L. Wells
                              Case Manager


cc:
    Mr. Richard D. McCane
    Gregory E. Smith, Esq.