CPS-288
July 27, 2006

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **06-1578**

RICHARD D. MCCANE

    VS.

WARDEN RICHARD KEARNEY, ET AL.

    (D. DEL. CIV. NO. 04-CV-00363)

Present:    BARRY, SMITH AND NYGAARD, CIRCUIT JUDGES

Submitted is appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

in the above-captioned case.

        Respectfully,

        Clerk

MMW/DMN/zm/clw

_____ORDER_____

The foregoing request for a certificate of appealability is denied, as jurists of reason could not debate that the District Court properly denied Appellant's 28 U.S.C. § 2254 habeas petition as untimely filed. 28 U.S.C.§ 2244(d)(1)(A). As the District Court explained, statutory tolling cannot save Appellant's petition from dismissal, and Appellant has made no showing sufficient to warrant equitable tolling. 28 U.S.C. § 2244(d)(2); Miller v. New Jersey State Dep't of Corr., 145 F.3d 616, 618 (3d Cir. 1998).

        By the Court,

        /s/ Richard L. Nygaard
        Circuit Judge

Dated: August 9, 2006
CLW/cc: Mr. Richard D. McCane
      Gregory E. Smith, Esq.