Clerk of the Court             Richard D. McCane
U.S. District Court             # 228278 - MSB - C
District of Delaware            S.C.I., P.O. Box 500
Lockbox 18; 844 King St.        Georgetown, DE. 19947
Wilmington, DE. 19801

                                RE: Copy Request

         Nov. 26, 2007

Dear Clerk of the Court;

  I am writing in request of a copy of a Memorandum Opinion in the case of Richard D. McCane vs. State of Delaware, Richard Kearney (warden), and M. Jane Brady ( Attorney General ).
  The Civil Action No. is 04-363-KAJ. I have written to The Supreme Court of the United States concerning a petition for a writ of certiorari, and they informed me that I need a copy of the lower court's opinion in its entirety, in accordance with Rule 13.5, and any order denying any request for a rehearing.
  I do not a copy of the Memorandum Opinion and I'm requesting a copy for the Supreme Court. I am certain that a copy was sent to me, but do to my housing movement I no longer have this needed copy of Opinion or denial.
  I would certainly appreciate it if you would sent me any copies pertaining to this case.
  I Thank You for your time and consideration in my situation.


cc: file                        Sincerely yours,
Civil Action No. 04-363-KAJ     Richard D. McCane
                                Richard D. McCane



BD scanned

I/M: Richard D. McCane    BLDG: MSB-C
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500  # 228278
GEORGETOWN, DELAWARE 19947

Clerk of the Court
U.S. District Court -Delaware District
Lockbox 18; 844 King Street
Wilmington, De.
19801